IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| JAMES JOHNSON and GAYLA JOHNSON, CO-PERSONAL REPRESENATIVES OF THE ESTATE OF WESLEY JAMES JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN T. MOMII,<br><br>Defendant. | CV 16-14-BLG-SPW<br><br>ORDER |

Upon the Stipulation for Dismissal with Prejudice (Doc. 24) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 1st day of June, 2017.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1